*Decisions on Petitions for Writs of Certiorari, from October* 12, 1903, *to January* 3, 1904.

No. 271.   EXCHANGE BANK OF MACON, PETITIONER, *v.* E. L. CLAYTON ET AL., TRUSTEES.   October 19, 1903.   Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied.   *Mr. Olin J. Wimberly* and *Mr. A. O. Bacon* for petitioner.   *Mr. Frederick C. Foster* for respondents.

No. 291.   J. OVERTON DICKINSON ET AL., PETITIONERS, *v.* CONSOLIDATED TRACTION COMPANY ET AL.   October 19, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied.   *Mr. M. I. Southard, Mr. Joseph A. Duffy* and *Mr. Charles J. Roe* for petitioners.   *Mr. John G. Johnson* and *Mr. Joseph Coult* for respondents.

No. 297.   GAVIN REID ET AL., PETITIONERS, *v.* KEENE FIVE CENT SAVINGS BANK ET AL.   October 19, 1903.   Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied.   *Mr. T. F. Garver* for petitioners.   *Mr. W. F. Guthrie* for respondents.

No. 300.   H. F. WHITCOMB ET AL., RECEIVERS, ETC., PETITIONERS, *v.* OHIO COAL COMPANY.   October 19, 1903.   Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied.   *Mr. William F. Vilas* for petitioners.   *Mr. P. J. McLaughlin* for respondent.

No. 302.   HENRY RAEDER ET AL., PETITIONERS, *v.* JOHN W. KAUFFMAN.   October 19, 1903.   Petition for a writ of cer-